IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Thomas Gray,
Plaintiff,
v.
Experian Information Solutions, Inc.
Defendant.
Case No.:

VIOLATION OF 15 USC 1681(e)(b) REPORTING INACCURATE AND INCOMPLETE INFORMATION

Plaintiff, Thomas Gray, brings this action against Experian Information Solutions, Inc. ("Experian") for reporting inaccurate and incomplete information. Violation of 15 U.S.C. 1681(e)(b).

INTRODUCTION

1. Plaintiff brings this lawsuit to challenge Experian Information Solutions, Inc. for reporting inaccurate and incomplete information which has caused harm to Plaintiff's reputation and standing in the community and is in violations of 15 U.S.C. 1681(e)(b)

JURISDICTION

2. This Court has jurisdiction over this matter under 15 U.S.C. § 1681p

PARTIESEN

3. Plaintiff Thomas Gray is a natural person, who is a resident of Austin, Texas.
4. Defendant Experian Information Solutions, Inc. is a consumer reporting agency that regularly engages in the practice of assembling or evaluating consumer credit information and providing consumer reports to third parties.

FACTS

5. Experian Information Solutions, Inc. has reported inaccurate and incomplete information about Plaintiff to third parties.
6. Specifically, Experian Information Solutions, Inc has reported inaccurate and incomplete information that the Plaintiff has a history of delinquent payments and charge off accounts that has labeled the plaintiffs as a high credit risk and caused the plaintiffs to be denied for credit. Specifically on November 14, 2022 the plaintiff was denied a credit card by American Express due to Experian inaccurate and incomplete information on the plaintiff's credit report. Experian failed to do a lawful investigation.
7. Experian failed to meet the maximum possible accuracy standards outlined in 15 USC 1681(e)(b). The FCRA states the consumer reporting agencies must follow reasonable procedures to ensure maximum possible accuracy in consumer reports. Which Experian did not adhere to. The FCRA states that Consumer Reports must be accurate and not misleading. The word "maximum", and "possible" mean "greatest in quantity or highest in degree attainable." "Accuracy," in turn means "freedom from "mistake" or "error." And being free from mistake or error means being free from "a misunderstanding of the meaning or implication of something and not deviating from truth or accuracy." Experian has been reporting inaccurate and incomplete information on the plaintiff's credit profile.
8. Experian defamatory ( libel ) reporting has caused Plaintiff actual damages, including but not limited to, denied credit opportunities, emotional distress, damage to reputation and standing in the community.

9. The plaintiff disputed and made Experian and the CFPB aware of the inaccurate and incomplete accounts. Stating that the accounts cannot be reported failing to meet 15 USC 1681(e)(b) and failing to meet the metro 2 compliance standards and to delete the inaccurate accounts.
10. A metro 2 compliance standard was put in place in 1997 for credit reporting agencies stating that If items on a consumer credit profile, does not meet the mandatory legal guidelines to be reported it can't be on a consumer credit profile. This deviates from the standard of compliance.

COUNTS

COUNT I
Violation of 15 USC 1681(e)(b)

1. Plaintiff incorporates by reference the allegations in paragraphs 1-10 as if fully set forth herein
2. Experian inaccurate and incomplete reporting was intentional or made with reckless disregard for the truth. Willful and negligence.
3. Experian inaccurate and incomplete reporting has caused Plaintiff actual damages, including but not limited to, denied credit, emotional distress, and damage to reputation and standing in the community.
4. Experian failed to adhere to 15 U.S.C. 1682(e)(b). Accuracy of report, "Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates."


PRAYER FOR RELIEF
WHEREFORE, Plaintiff demands judgment against Experian as follows:

1. For actual damages suffered by Plaintiff as a result of Experian, defamatory reporting;
2. For punitive damages, as appropriate, to punish Experian for its intentional or reckless conduct;
3. For costs and reasonable attorney's fees
4. Deletion of all negative accounts permanently suppressed immediately.
5. For any other relief that this Court deems just and proper.
6. Before anything gets reported onto the plaintiff's credit report by any furnisher, Experian must confirm directly with the plaintive before reporting onto the plaintiff's credit profile.

Respectfully submitted,
Thomas Gray
7373467400
Kinggray4@me.com
DATED: 5-16-2023
Thomas Gray
9401 Brodie lane, Austin, TX #720 78748