IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THOMAS GRAY, | § | |
| Plaintiff, | § | |
| v. | § | 1:23-CV-545-RP |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendant's motion for summary Judgment. The Court granted summary judgment to Defendant on Plaintiff's sole claim against it.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 16, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1